

FILED
02/02/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

1:23-cv-218-TWP-TAB

James Garcia-Chiki                                        23-cv-____

vs

Hendricks County Sherrifs Dpt.

## COMPLAINT

I first came into Hendricks county with burn injuries on my hands in October of 2022. I was seen by nurses and told my hands were okay. I was given this clear creame for azma which didnt work. When I told them it wasnt working they stopped seeing me. My hands then got so bad and infected they were forced to send me to hospitol after 2 months of my hands being left unattended. This is inadverse to the 1983 prisoner rights act. My parents and family were contacting the jail for weeks and pleas for attention to my hands were ignored until my 3rd Greivance which was responded to with the response of ~~the and ~~ashley~~ thank~~ I'm ~~for~~ not doing the right things and brought this on myself. Its been 5 months now and my hands are still not fully healed.

X _____  53