UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES GARCIA-CHIKI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00218-MPB-TAB |
| HENDRICKS COUNTY SHERRIFS DPT., | ) ) ) |
| Defendant. | ) ) |

# FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b).

Date: May 23, 2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: ___Tricia M. Blanford___
   Deputy Clerk, U.S. District Court

Distribution:

JAMES GARCIA-CHIKI
c/o HCSO
P.O. Box 87
Danville, IN 46122